1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TEODOR MAGDA,

11           Plaintiff,                          Case No. 2:13-cv-0053 DAD

12       v.

13   CAROLYN W. COLVIN,                          ORDER
     Commissioner of Social Security,

14
             Defendant.
15   _____/

16           Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma

17   pauperis.  Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is

18   unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in

19   forma pauperis will be granted.

20           In accordance with the above, IT IS HEREBY ORDERED that:

21           1.  Plaintiff's application to proceed in forma pauperis is granted.

22           2.  The Clerk of the Court is directed to issue process and to serve upon plaintiff

23   the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social

24   security cases.

25           3.  The Clerk of the Court is further directed to serve a copy of this order upon the

26   United States Marshal.

                                                  1

1    4.   Within fourteen (14) days from the date of this order, plaintiff shall submit to

2    the United States Marshal a completed summons, a completed USM-285 form, sufficient copies

3    of the summons and complaint for service of process in accordance with Federal Rule of Civil

4    Procedure 4(i), and sufficient copies of the Scheduling Order and Order re Consent or Request

5    for Reassignment issued in this case.  Information regarding the number of copies currently

6    required by the United States Marshal may be obtained from the United States Marshals Service,

7    501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

8    5.   Within five (5) days after submitting the necessary documents to the United

9    States Marshal for service or process, plaintiff shall file in this court a declaration stating the date

10   on which the documents were submitted to the United States Marshal.  Failure to file a timely

11   declaration may result in an order imposing appropriate sanctions.

12   6.   The United States Marshal is directed to serve process and copies of the

13   undersigned's Scheduling Order and Order re Consent or Request for Reassignment without

14   prepayment of costs not later than sixty (60) days from the date of this order.  Service of process

15   shall be completed by delivering all necessary documents to the United States Attorney for the

16   Eastern District of California and by sending copies of the summons, complaint and court orders

17   by registered or certified mail to the Attorney General of the United States at Washington, D.C.

18   See Fed. R. Civ. P. 4(i)(1)(A) & (B).  Copies of the summons, complaint and court orders shall

19   also be served by registered or certified mail on the Commissioner of Social Security, c/o Office

20   of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545.

21   See Fed. R. Civ. P. 4(i)(2).

22   DATED: April 10, 2013.

23

24   _____

DALE A. DROZD

25   DAD:6                                          UNITED STATES MAGISTRATE JUDGE
ddad1/orders.soc sec/magda0053.ifp.wpd

26