JESSE S. KAPLAN CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
TEODOR MAGDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| TEODOR MAGDA, | ) No. 2:13-cv-00053-DAD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER EXTENDING |
| | ) PLAINTIFF'S TIME TO FILE |
| vs. | ) MOTION FOR SUMMARY |
| | ) JUDGMENT |
| CAROLYN COLVIN, | ) |
| | ) |
| Acting Commissioner of Social Security, | ) |
| | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply

brief is extended to December 20, 2013.

This is the first extension.

Dated: December 16, 2013          /s/ Jesse S. Kaplan
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff

Dated: December 16, 2013          /s/ per e-mail authorization

                                  PAUL SACHELARI
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, the requested extension of plaintiff's time to file a reply brief is extended to December 20, 2013, and defendant's time to file a cross-motion is extended accordingly.

IT IS SO ORDERED.

Dated:  December 17, 2013

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1\orders.soc sec\magda0053.stip.eot.ord.docx